UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:07-CR-00058-BR

| UNITED STATES OF AMERICA | |
|---|---|
| v. | ORDER |
| CASEY OXENDINE | |

This matter is before the court on documentation defendant filed *pro se* on 18 November 2014 regarding information pertaining to a potential sentence reduction. (DE # 114.) The court notes that defendant already received a sentence reduction on 3 January 2012. Furthermore, only the government may file such motion in these circumstances, and therefore, to the extent the filing could be deemed a motion, it is DENIED.

This 2 February 2015.

                                            W. Earl Britt
                                            Senior U.S. District Judge